UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>                 Plaintiff,<br><br>v.<br><br>CFT C PROPERTIES, LLC, a Florida Limited Liability Company,<br><br>                 Defendant. | Case No.: 20CV1000-MMA(DEB)<br><br>**NOTICE AND ORDER SETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

      IT IS ORDERED that an Early Neutral Evaluation ("ENE") of your case will be held on **August 12, 2020** at **1:30 p.m.** before Magistrate Judge Daniel E. Butcher. Although the Court typically requires personal attendance of all participants, due to the COVID-19 public emergency the ENE will be held by video conference. If circumstances relating to the COVID-19 public emergency improve prior to the scheduled date, the Court will notify the parties that it will conduct the conference in person.

      The following are **mandatory** guidelines for the parties preparing for the ENE. Absent express permission obtained from this Court, and notwithstanding the pendency of any motion, counsel shall timely comply with the dates and deadlines herein.

1. **Review of Chambers Rules:** Counsel[1] shall refer to the Civil Local Rules, the undersigned's Chambers Rules for Civil Cases, as well as the Chambers Rules of the assigned District Judge, which are accessible via the Court's website at www.casd.uscourts.gov.

2. **Purpose of the ENE:** The purpose of the ENE is to permit an informal discussion between the attorneys, parties, and the Magistrate Judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case. Counsel attending the ENE are expected to have a command of the facts and applicable law. Counsel and the parties shall come prepared to engage in a detailed discussion of the merits of their respective cases and engage in good faith settlement discussions. ***All discussions during the ENE are informal, off the record, privileged and confidential.*** Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

3. **Full Settlement Authority Is Required:** Pursuant to Local Rule 16.1.c.1, all parties, party representatives, including claims adjusters for insured parties, and the principal attorney(s) responsible for the litigation must participate in the ENE.[2] This appearance must be made with full and unlimited authority to negotiate and enter into a binding settlement.[3] In the case of a corporate entity, an authorized representative of the

---

[1] As used herein, references to "counsel" or "attorney(s)" include any party representing himself or herself.

[2] The attendance requirement includes parties that are indemnified by others. Any deviation from this Order requires prior Court approval.

[3] Full authority to settle means that the individuals at the ENE Conference are authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-486 (D. Ariz. 2003). One of the purposes of requiring a person with unlimited

corporation who is not retained outside counsel must be present and must have discretionary authority to commit the company to pay an amount up to the amount of the plaintiff's prayer (excluding punitive damage prayers). The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.

Counsel for a government entity may be excused from this requirement so long as the government attorney who participates in the ENE (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers that the attorney is willing to recommend to the government official having ultimate settlement authority.

4. **Substantiation Requirement for Demand for Attorney Fees:** During the ENE, Plaintiff's counsel must be prepared to present for in camera review documentation supporting the amount of attorneys' fees and costs claimed.

5. **Pre-ENE Meet and Confer & Related Requirements:** Based upon the Court's familiarity with cases brought pursuant to the Americans with Disabilities Act ("ADA"), and in the interest of promoting the just, efficient, and economical determination of this action, the Court issues the following orders:

    a.    No later than **July 15, 2020,** Plaintiff's counsel shall lodge[4] with Magistrate Judge Butcher's chambers, and serve on opposing counsel, a statement not in excess of five (5) pages that includes the following information:

        i.    An itemized list of all claimed violations of the ADA on the subject premises. A recitation of regulations, by number, will not satisfy this requirement. The claimed violations must be specifically described;

---

settlement authority to attend the conference is that the person's view of the case may be altered during the face-to-face conference. *Pitman*, 216 F.R.D. at 486. Limited or sum certain authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595-597 (8th Cir. 2001).

[4] Materials that are directed to be lodged with the Court's chambers should be submitted by email to efile_butcher@casd.uscourts.gov.

        ii.       A statement of the amount and category of damages claimed by Plaintiff;

        iii.      The amount claimed for attorneys' fees and costs; and

        iv.      Plaintiff's demand for settlement of the case in its entirety.

    b.    No later than **July 22, 2020**, counsel for the parties shall meet and confer in person at the subject premises regarding settlement of the alleged ADA violations and Plaintiff's demand for damages, costs, and attorneys' fees.[5] Counsel shall attend this meeting in person and shall have the authority to negotiate a settlement at this meeting.

    c.    No later than **August 5, 2020**, counsel shall lodge with Magistrate Judge Butcher's chambers a joint statement certifying the in-person conference between counsel has occurred. The joint statement must advise the Court of any agreements, or tentative agreements, resulting from discussions between counsel, set forth all remaining issues to be discussed during the ENE, and describe any settlement demands and/or offers exchanged.

6.    **Requests to Continue an ENE:**  Requests to continue the ENE are strongly disfavored. A request for continuance may be initiated by counsel placing a joint call to the Court's Chambers. Any request for a continuance must be made as soon as counsel is aware of the circumstances that warrant rescheduling the conference.  Requests to continue the ENE based on a pre-existing scheduling conflict must be made within 10 days of the issuance of this Order.  When requesting a continuance of the ENE, counsel

---

[5] If counsel are unable to safely meet and confer in person due to circumstances relating to the COVID-19 public emergency, counsel must jointly call Chambers prior to this deadline to explain the reason(s) they cannot meet at the subject premises and how they propose to accomplish the objectives of the in-person requirement by videoconference or other means.

should keep in mind that Civil Local Rule 16.1.c.1. requires the ENE take place within 45 days of the filing of the first Answer

7. **Settlement Prior to the ENE:** The Court encourages the parties to work on settling the matter in advance of the ENE. In the event that the parties resolve the matter prior to the ENE, counsel must promptly file a Joint Motion for Dismissal or a Notice of Settlement.

8. **New Parties Must Be Notified by Plaintiff's Counsel:** Plaintiff's counsel shall give notice of the ENE and provide a copy of this Order to parties responding to the Complaint after the date of this notice.

9. **Procedure for Zoom Videoconference Appearance:** The Court will use its Zoom video conferencing account to hold the ENE. *If you are unfamiliar with Zoom:* Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[6] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[7] There is a cost-free option for creating a Zoom account.

Prior to the start of the ENE, the Court will email each participant an invitation to join a Zoom video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. *Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink*

---

[6] Participants are encouraged to use laptops or desktop computers for the video conference, if possible, as mobile devices often offer inferior performance.

[7] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

*will be prompted to download and install Zoom before proceeding*. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

Each participant should plan to join the Zoom video conference *at least five minutes before* the start of the ENE to ensure that the conference begins on time. *The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the time scheduled by the Court.*

Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[8] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially outside the presence of the Court.

No later than **August 5, 2020,** counsel for each party shall send an e-mail to the Court at efile_butcher@casd.uscourts.gov containing the following:

    a.    The *name and title of each participant*, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b.    An *e-mail address for each participant* to receive the Zoom video conference invitation; and

    c.    A *telephone number where each participant* may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code,

---

[8] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

Counsel are responsible for ensuring their clients are able to participate in the ENE.  All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person (e.g., not be driving while speaking to the Court, or otherwise distracted). Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

Questions regarding this case or the mandatory guidelines set forth herein may be directed to the Magistrate Judge's law clerks at (619) 446-3704.

A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for your information.

**IT IS SO ORDERED.**

Dated:  June 29, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

# NOTICE OF RIGHT TO CONSENT TO TRIAL
# BEFORE A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.  COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO CONSENT IS ENTIRELY VOLUNTARY.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.