# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CFT C PROPERTIES LLC, a Florida limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01000-MMA-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 10] |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and CFT C Properties LLC ("Defendant"), the Court hereby **GRANTS** the motion and **DISMISSES** this action with prejudice in its entirety. Each party will bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATE: September 2, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge